UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

*Kelecie Kinchen*

*v.*

*Bankers Specialty Insurance Company*

3:17-cv-00698-BAJ-RLB

**CASES TO WHICH MOTION PERTAINS**

| | |
|---|---|
| 3:18-cv-00203-BAJ-RLB | Perkins et al v. Bankers Specialty Insurance Company |
| 3:18-cv-00418-BAJ-RLB | Falgoust v. Bankers Specialty Insurance Company |
| 3:18-cv-00423-BAJ-RLB | Ritchie et al v. Bankers Specialty Insurance Company |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY CONFERENCE**

Plaintiffs respectfully submit this Response to Defendant's motion for a discovery conference.  As described in more detail below, in response to repeated and detailed requests for information in the matters subject to the Limited Scheduling Order dated May 23, 2018, Plaintiffs have undertaken an exhaustive effort to produce information.  In view of the purpose of the LSO, and Plaintiffs extensive and good-faith efforts to comply with its requirements, no legitimate interest would be advanced by additional motion practice on these matters.

*Background*

On August 24, 2018, this Court held a discovery conference in the cases subject to the LSO. Subsequent to the conference, the Court issued an Order extending Defendant's deadline to submit motions for a discovery conference by two weeks, to September 7, 2018.  On September 7, 2018, out of the total of 95 cases in which the undersigned is counsel of record, motions for a discovery conference were made on behalf of defendants in only 36 cases.

After the conference, and continuing to date, counsel for plaintiffs worked diligently to

1

resolve defendant's requests for additional information. Plaintiffs even continued to provide information after the September 7, 2018, deadline in those cases in which no motion had been filed.

In their responses, plaintiffs fully responded to all requests concerning payments made by grant programs. No additional requests for such information remain outstanding.

In addition, plaintiffs provided supplemental information relating to specific repairs that the plaintiffs had made to their property. As additional information concerning repairs was provided by plaintiffs, defendants requested more. Counsel contacted each of its clients repeatedly for additional information as defendants' requests became increasingly detailed.

Counsel contacted its clients in three to five waves, with each client being contacted as many as five times to obtain the additional information requested by the defendants. As of the date of this Response, Plaintiffs are aware of only seven instances in which the defendant insurer is seeking more information. Plaintiffs continue working to provide any supplemental responses to these requests.

*No Further Motion Practice Is Necessary*

In view of this history, Plaintiffs do not believe any further motion practice is warranted. Plaintiffs engaged in the thorough and exhaustive process described above in order to facilitate the settlement process. It is hoped that defendants will acknowledge plaintiffs good faith and comprehensive efforts at compliance, and withdraw their motions for a discovery conference; but in any event, plaintiffs have complied with their duties under the LSO, and no legitimate interest would be advanced by additional motion practice on these matters.

Respectfully submitted

September 24, 2018

/s Susan M. Sajadi
Susan M. Sajadi
Admitted *Pro Hac Vice*
Weisbrod Matteis & Copley PLLC
1200 New Hampshire Ave, NW
Suite 600
Washington, DC 20036
Tel: (202) 499-4907
Fax: (202) 478-1795
ssajadi@wmclaw.com

/s F. Dominic Amato
F. Dominic Amato
LA Bar# 27941
Boyer, Hebert, Abels, & Angelle, LLC
1280 Del Este Avenue
Denham Springs, LA 70726
Tel: (225) 664-4335


*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 24th day of September, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.  Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

                                                /s Susan M. Sajadi
                                                Susan M. Sajadi