UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LYNDA MISTRIC                                    CIVIL ACTION NO.

VERSUS                                           17-539-BAJ-RLB

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY

*APPLIES TO:*

| | |
|---|---|
| 3:17-cv-01142-BAJ-RLB | Hargrave v. American National Property & Casualty Company |
| 3:17-cv-01127-BAJ-RLB | Brown v. American National Property & Casualty Company |
| 3:17-cv-01138-BAJ-RLB | Castleberry v. American National Property & Casualty Company |
| 3:17-cv-01131-BAJ-RLB | Coniglio v. American National Property & Casualty Company |
| 3:17-cv-01494-BAJ-RLB | Gibb v. American National Property & Casualty Company |
| 3:17-cv-01135-BAJ-RLB | Hall v. American National Property & Casualty Company |
| 3:17-cv-01140-BAJ-RLB | Henderson v. American National Property & Casualty Company |
| 3:17-cv-01538-BAJ-RLB | Hidden Creek Condo Association, et al v. American National Property & Casualty Company |
| 3:17-cv-01540-BAJ-RLB | Hidden Creek Condo Association, et al v. American National Property & Casualty Company |
| 3:17-cv-01132-BAJ-RLB | Leake v. American National Property & Casualty Company |
| 3:17-cv-01436-BAJ-RLB | Lofton v. American National Property & Casualty Company |
| 3:17-cv-01440-BAJ-RLB | Moss v. American National Property & Casualty Company |
| 3:17-cv-01133-BAJ-RLB | Miley v. American National Property & Casualty Company |
| 3:17-cv-01598-BAJ-RLB | Milligan v. American National Property & Casualty Company |
| 3:17-cv-01439-BAJ-RLB | Moore v. American National Property & Casualty Company |
| 3:17-cv-01656-BAJ-RLB | Sheets v. American National Property & Casualty Company |
| 3:17-cv-01334-BAJ-RLB | Wunstel v. American National Property & Casualty Company |
| 3:17-cv-01338-BAJ-RLB | Babin v. American National Property & Casualty Company |
| 3:17-cv-01336-BAJ-RLB | Turner v. American National Property & Casualty Company |
| 3:17-cv-01564-BAJ-RLB | Gross v. American National Property & Casualty Company |
| 3:17-cv-01539-BAJ-RLB | Hidden Creek Condo Association, et al v. American National Property & Casualty Company |
| 3:17-cv-01129-BAJ-RLB | Kozero v. American National Property & Casualty Company |
| 3:17-cv-01136-BAJ-RLB | Lang v. American National Property & Casualty Company |
| 3:17-cv-01438-BAJ-RLB | Lofton v. American National Property & Casualty Company |
| 3:17-cv-01331-BAJ-RLB | Newman v. American National Property & Casualty Company |
| 3:17-cv-01134-BAJ-RLB | Payne v. American National Property & Casualty Company |
| 3:17-cv-01436-BAJ-RLB | Thomas v. American National Property & Casualty Company[1] |

---

[1] This case number is a duplicate number and the Court finds no Plaintiff with this last name in the list of consolidated cases.

**ALBERT J. ANDERSON**                                    **CIVIL ACTION NO.**

**VERSUS**                                                **17-597-JWD-RLB**

**ALLSTATE INSURANCE COMPANY**

*APPLIES TO:*

| | |
|---|---|
| 3:17-cv-00807-JWD-RLB | Amanda Givens v. Allstate Insurance Company |
| 3:17-cv-00808-JWD-RLB | William Morgan, Jr. v Allstate Insurance Company |
| 3:17-cv-00809-JWD-RLB | Amanda Hoch v Allstate Insurance Company |
| 3:17-cv-00810-JWD-RLB | Andrew Gibson v Allstate Insurance Company |
| 3:17-cv-00812-JWD-RLB | Vanessa Starns v Allstate Insurance Company |
| 3:17-cv-00814-JWD-RLB | Torrie Lucas Knighten and Jamcel Knighten v Allstate Insurance Company |
| 3:17-cv-00815-JWD-RLB | Angela Shorter v Allstate Insurance Company |
| 3:17-cv-00818-JWD-RLB | Terry Kimble v Allstate Insurance Company |
| 3:17-cv-00819-JWD-RLB | Barbara F. Florent v Allstate Insurance Company |
| 3:17-cv-00822-JWD-RLB | Sylvia Nicolai v Allstate Insurance Company |
| 3:17-cv-00823-JWD-RLB | Shirley Singleton v Allstate Insurance Company |
| 3:17-cv-00824-JWD-RLB | Brenda Chapman v Allstate Insurance Company |
| 3:17-cv-00827-JWD-RLB | Brian and Ivannia King v Allstate Insurance Company |
| 3:17-cv-00829-JWD-RLB | Carol Morris v Allstate Insurance Company |
| 3:17-cv-00830-JWD-RLB | Ronnie Phillips v Allstate Insurance Company |
| 3:17-cv-00832-JWD-RLB | Roger Dale Ball v Allstate Insurance Company |
| 3:17-cv-00835-JWD-RLB | Robert Lowry v. Allstate Insurance Company |
| 3:17-cv-00836-JWD-RLB | Carolyn Lynette Stelly v Allstate Insurance Company |
| 3:17-cv-00837-JWD-RLB | Deborah Steinbach v Allstate Insurance Company |
| 3:17-cv-00838-JWD-RLB | Robert Cobb and Nancy Cobb v Allstate Insurance Company |
| 3:17-cv-00840-JWD-RLB | Freddie and Rhonda Taylor Marcell v Allstate Insurance Company |
| 3:17-cv-00841-JWD-RLB | Richard Helm v Allstate Insurance Company |
| 3:17-cv-00843-JWD-RLB | Rebecca Armanini v Allstate Insurance Company |
| 3:17-cv-00844-JWD-RLB | Gerald and Teacia Madison v Allstate Insurance Company |
| 3:17-cv-00845-JWD-RLB | Gladys Arlene Mahaffey Foster v Allstate Insurance Company |
| 3:17-cv-00846-JWD-RLB | Gladys Montenegro v Allstate Insurance Company |
| 3:17-cv-00848-JWD-RLB | Patricia Henriott v Allstate Insurance Company |
| 3:17-cv-00849-JWD-RLB | Garland and Donna Caronna v. Allstate Insurance Company |
| 3:17-cv-00851-JWD-RLB | Patricia A. Colligan v Allstate Insurance Company |
| 3:17-cv-00852-JWD-RLB | Jack and Sharon Higginbotham v Allstate Insurance Company |
| 3:17-cv-00857-JWD-RLB | Howard E. Hughes, Sr. v Allstate Insurance Company |
| 3:17-cv-00868-JWD-RLB | Shawana Brown v Allstate Insurance Company |
| 3:17-cv-00872-JWD-RLB | Robert Pearson v Allstate Insurance Company |

| | |
|---|---|
| 3:17-cv-00874-JWD-RLB | Robert Clark and Ronda R. Clark v Allstate Insurance Company |
| 3:17-cv-00875-JWD-RLB | Molly Murphy v Allstate Insurance Company |
| 3:17-cv-00876-JWD-RLB | Michael Breau and Mary Breau v Allstate Insurance Company |
| 3:17-cv-00877-JWD-RLB | Michael Stevenson and Love Stevenson v Allstate Insurance Company |
| 3:17-cv-00880-JWD-RLB | Martin Olle v Allstate Insurance Company |
| 3:17-cv-00881-JWD-RLB | Lynn Kliebert and Penny Kliebert v Allstate Insurance Company |
| 3:17-cv-00882-JWD-RLB | James and Charlene O'Quin v Allstate Insurance Company |
| 3:17-cv-00883-JWD-RLB | James M. LeBlanc, Sr. v. Allstate Insurance Company |
| 3:17-cv-00884-JWD-RLB | Loretta Bates Fletcher v Allstate Insurance Company |
| 3:17-cv-00886-JWD-RLB | Linda Cobb and Joseph Cobb v Allstate Insurance Company |
| 3:17-cv-00889-JWD-RLB | Kimberly A. Ford and Kenneth Ford v Allstate Insurance Company |
| 3:17-cv-00890-JWD-RLB | Kendrick Smith and Laura Smith v Allstate Insurance Company |
| 3:17-cv-00892-JWD-RLB | Kell Bosarge and Billye Bosarge v Allstate Insurance Company |
| 3:17-cv-00895-JWD-RLB | Katherine Fleming v Allstate Insurance Company |
| 3:17-cv-00896-JWD-RLB | James M. and Ronna Manning Laughlin, Jr. v Allstate Insurance Company |
| 3:17-cv-00897-JWD-RLB | Joy Anselmo v Allstate Insurance Company |
| 3:17-cv-00898-JWD-RLB | Jerel Hatcher v Allstate Insurance Company |
| 3:17-cv-00900-JWD-RLB | Joseph Jordan and Patricia Jordan v Allstate Insurance Company |
| 3:17-cv-00901-JWD-RLB | John Robinson and Ruby Robinson v Allstate Insurance Company |
| 3:17-cv-00902-JWD-RLB | James Bric and Vivian Reardon Allen v Allstate Insurance Company |
| 3:17-cv-00903-JWD-RLB | Elizabeth Eastin v Allstate Insurance Company |
| 3:17-cv-00905-JWD-RLB | Janelle Mizell v Allstate Insurance Company |
| 3:17-cv-00906-JWD-RLB | Jerry Poydras v Allstate Insurance Company |
| 3:17-cv-00907-JWD-RLB | Curt Brown v Allstate Insurance Company |
| 3:17-cv-00925-JWD-RLB | Bennie and Bobbie Robertson v Allstate Insurance Company |
| 3:17-cv-00927-JWD-RLB | Charles Michael and Deborah Celestin v Allstate Insurance Company |
| 3:17-cv-01025-JWD-RLB | Traci Beatty and Timothy Beatty v Allstate Insurance Company |
| 3:17-cv-01026-JWD-RLB | Sylvia Betts v Allstate Insurance Company |
| 3:17-cv-01028-JWD-RLB | Richard Bennett v Allstate Insurance Company |
| 3:17-cv-01029-JWD-RLB | Jeri and Ronald Accardo v Allstate Insurance Company |
| 3:17-cv-01035-JWD-RLB | Darlene Belle v Allstate Insurance Company |
| 3:17-cv-01038-JWD-RLB | Alayi Opusunju v Allstate Insurance Company |
| 3:17-cv-01101-JWD-RLB | Darrel J. and Anna Bourgeois Broussard v Allstate Insurance |

| | |
|---|---|
| | Company |
| 3:17-cv-01104-JWD-RLB | Sonya Aaron, Individually and as the administrator of the Estate of Wilson Aaron v Allstate Insurance Company |
| 3:17-cv-01279-JWD-RLB | Rhonda Painter v Allstate Insurance Company |
| 3:17-cv-01281-JWD-RLB | Rashmi Mehrotra v Allstate Insurance Company |
| 3:17-cv-01286-JWD-RLB | Kristy Metrejean v Allstate Insurance Company |
| 3:17-cv-01324-JWD-RLB | Nong Nguyen v Allstate Insurance Company |
| 3:17-cv-01328-JWD-RLB | Lynn Guy v Allstate Insurance Company |
| 3:17-cv-01329-JWD-RLB | Carmen Brown and Lionel Brown v Allstate Insurance Company |
| 3:17-cv-01526-JWD-RLB | Erin Burge France and Eric Ryan France v Allstate Insurance Company |
| 3:17-cv-01583-JWD-RLB | David and Wendy Kleinpeter v Allstate Insurance Company |
| 3:17-cv-01585-JWD-RLB | Jeffery Blanco v Allstate Insurance Company |
| 3:17-cv-01586-JWD-RLB | Annette Ellis Lucas and Lee Jefferies Lucas, Jr. v Allstate Insurance Company |
| 3:17-cv-01602-JWD-RLB | Larry G. Bradley and Linda F. Bradley v Allstate Insurance Company |
| 3:17-cv-00855-JWD-RLB | Dunn, Isacc and April v. Allstate Insurance Company |
| 3:17-cv-00908-JWD-RLB | Alexander, Caeser and Diaz,Griselda v Allstate Insurance Company |
| 3:17-cv-00825-JWD-RLB | Dear, Sharon and Deric v Allstate Insurance Company |
| 3:17-cv-00888-JWD-RLB | Gill, Jeri v. Allstate Insurance Company |
| 3:17-cv-01033-JWD-RLB | Johnson, Ernest v Allstate Insurance Company |
| 3:17-cv-00847-JWD-RLB | Johnson, Randall and Carolyn v. Allstate Insurance Company |
| 3:17-cv-00842-JWD-RLB | Dickerson, Fannie Russell v. Allstate Insurance Company |
| 3:17-cv-00821-JWD-RLB | Dillon, Betty v. Allstate Insurance Company |
| 3:17-cv-00870-JWD-RLB | Doerfler, Ruthanne v. Allstate Insurance Company |
| 3:17-cv-01408-JWD-RLB | Johnson, Johnnie v. Allstate Insurance Company |
| 3:17-cv-01083-JWD-RLB | Dixon, Henrietta v. Allstate Insurance Company |
| 3:18-cv-00117-JWD-RLB | Rickels, Betty v. Allstate Insurance Company |
| 3:18-cv-00118-JWD-RLB | Scott, D'Ann v. Allstate Insurance Company |
| 3:18-cv-00123-JWD-RLB | Wright, Roosevelt and Lamonica v. Allstate Insurance |
| 3:18-cv-00124-JWD-RLB | Wright, Roosevelt and Lamonica v. Allstate Insurance Company |
| 3:18-cv-00136-JWD-RLB | Crump, Kelly v. Allstate Insurance Company |
| 3:18-cv-00162-JWD-RLB | Nungester, Doris Vallery v. Allstate Insurance Company |
| 3:18-cv-00341-JWD-RLB | Ezell, Teri v. Allstate Insurance Company |
| 3:17-cv-00811-JWD-RLB | Wanda Womack v. Allstate Insurance Company |
| 3:17-cv-00813-JWD-RLB | Trena Tinsley v. Allstate Insurance Company |
| 3:17-cv-00816-JWD-RLB | Bambi Womack v. Allstate Insurance Company |
| 3:17-cv-00834-JWD-RLB | Rodney Trufant, Jr. and Vaschelle M. Hastings v. Allstate Insurance Company |
| 3:17-cv-00854-JWD-RLB | Nancy Patricia Watts v. Allstate Insurance Company |
| 3:17-cv-00858-JWD-RLB | Mitchell Ward v. Allstate Insurance Company |
| 3:17-cv-00893-JWD-RLB | Keisha D. Thomas v. Allstate Insurance Company |

| | |
|---|---|
| 3:17-cv-01037-JWD-RLB | Betty Tarkington and Joseph Tarkington v. Allstate Insurance Company |
| 3:17-cv-01062-BAJ-RLB | Herbert Williams and Yolanda Williams v. Allstate Insurance Company |
| 3:17-cv-01064-JWD-RLB | Jesse H. Walker and Cheryl A. Walker v. Allstate Insurance Company |
| 3:17-cv-01406-JWD-RLB | Charles Possa, IV v. Allstate Insurance Company |
| 3:17-cv-01581-JWD-RLB | Chris Rice and Lynn Rice v. Allstate Insurance Company |
| 3:17-cv-01582-JWD-RLB | Daryl Penny v. Allstate Insurance Company |
| 3:17-cv-01616-JWD-RLB | Carlos Padial v. Allstate Insurance Company |
| 3:17-cv-01627-JWD-RLB | Shirley Diane Traylor v. Allstate Insurance Company |

**KELECIE KINCHEN**  CIVIL ACTION NO.

**VERSUS**  17-698-BAJ-RLB

**BANKERS SPECIALTY INSURANCE COMPANY**

*APPLIES TO:*

| | |
|---|---|
| 3:17-cv-01355-BAJ-RLB | Alexander v. Bankers Specialty Insurance Company |
| 3:17-cv-01356-BAJ-RLB | Cannon v. Bankers Specialty Insurance Company |
| 3:17-cv-01357-BAJ-RLB | Holiday v. Bankers Specialty Insurance Company |
| 3:17-cv-01358-BAJ-RLB | Gaudin v. Bankers Specialty Insurance Company |
| 3:17-cv-01360-BAJ-RLB | Chappius v. Bankers Specialty Insurance Company |
| 3:17-cv-01464-BAJ-RLB | Scott v. Bankers Specialty Insurance Company |
| 3:17-cv-01465-BAJ-RLB | Mallett v. Bankers Specialty Insurance Company |
| 3:17-cv-01577-BAJ-RLB | Aguirre v. Bankers Specialty Insurance Company |
| 3:17-cv-01589-BAJ-RLB | Aucoin v. Bankers Specialty Insurance Company |
| 3:17-cv-01600-BAJ-RLB | Louis v. Bankers Specialty Insurance Company |
| 3:18-cv-00368-BAJ-RLB | Harris v. Bankers Specialty Insurance Company |

**ZOALEE AND CALVIN HAYES**  CIVIL ACTION NO.

**VERSUS**  17-1167-JWD-RLB

**AMERICAN STRATEGIC INSURANCE CORPORATION**

*APPLIES TO:*

| | |
|---|---|
| 3:17-cv-01167-JWD-RLB | Zoalee Hayes and Calvin Hayes v American Strategic Insurance Corporation |
| 3:17-cv-01168-JWD-RLB | Wain Stermer and Barbara Stermer v American Strategic Insurance |

| | |
|---|---|
| | Corporation |
| 3:17-cv-01169-JWD-RLB | Veronica Thomas v American Strategic Insurance Corporation |
| 3:17-cv-01170-JWD-RLB | Thomas J. Sanders, Jr. v American Strategic Insurance Corporation |
| 3:17-cv-01171-JWD-RLB | Susan Stewart Bohall v American Strategic Insurance Corporation |
| 3:17-cv-01172-JWD-RLB | Sheryl Ray v American Strategic Insurance Corporation |
| 3:17-cv-01174-JWD-RLB | Logan Jones and Blaine Musacchia v American Strategic Insurance Corporation |
| 3:17-cv-01175-JWD-RLB | Lance Hills v American Strategic Insurance Corporation |
| 3:17-cv-01176-JWD-RLB | Lacey A. Richard v American Strategic Insurance Corporation |
| 3:17-cv-01177-JWD-RLB | Beau Guidry v American Strategic Insurance Corporation |
| 3:17-cv-01178-JWD-RLB | Kelsie Martello v American Strategic Insurance Corporation |
| 3:17-cv-01179-JWD-RLB | Anthony Delaune and Cindy Delaune v American Strategic Insurance Corporation |
| 3:17-cv-01180-JWD-RLB | Jose L. Mejia Garcia v American Strategic Insurance Corporation |
| 3:17-cv-01182-JWD-RLB | JoAnn Ross Broussard v American Strategic Insurance Corporation |
| 3:17-cv-01183-JWD-RLB | Edna Turner v American Strategic Insurance Corporation |
| 3:17-cv-01184-JWD-RLB | Ebony Jarrell v American Strategic Insurance Corporation |
| 3:17-cv-01185-JWD-RLB | Earl Sanders v American Strategic Insurance Corporation |
| 3:17-cv-01186-JWD-RLB | Burnell Williams, Jr. and Lakebia Williams v American Strategic Insurance Corporation |
| 3:17-cv-01187-JWD-RLB | Cassandra Louis v American Strategic Insurance Corporation |
| 3:17-cv-01188-JWD-RLB | Dawn Wolf v American Strategic Insurance Corporation |
| 3:17-cv-01189-JWD-RLB | Devonna Ponthieu v American Strategic Insurance Corporation |
| 3:17-cv-01190-JWD-RLB | Alfredo Caracena v American Strategic Insurance Corporation |
| 3:17-cv-01191-JWD-RLB | Cenceria Dalcourt v American Strategic Insurance Corporation |
| 3:17-cv-01192-JWD-RLB | Cade Herod v American Strategic Insurance Corporation |
| 3:17-cv-01204-JWD-RLB | Adam Zito v American Strategic Insurance Corporation |
| 3:17-cv-01292-JWD-RLB | Brian D. Winters and Lauren Winters v American Strategic Insurance Corporation |
| 3:17-cv-01294-JWD-RLB | Raymond Melton and Kayla Melton v American Strategic Insurance Corporation |
| 3:17-cv-01295-JWD-RLB | DeWanna Fontenot v American Strategic Insurance Corporation |
| 3:17-cv-01394-JWD-RLB | Robert H. Ferguson v American Strategic Insurance Corporation |
| 3:17-cv-01398-JWD-RLB | Leslie Grover and Kendell Grover v American Strategic Insurance Corporation |
| 3:17-cv-01467-JWD-RLB | Chandra Furca v American Strategic Insurance Corporation |
| 3:17-cv-01468-JWD-RLB | Heath A. Burns v American Strategic Insurance Corporation |
| 3:17-cv-01471-JWD-RLB | Michael T. Collins v American Strategic Insurance Corporation |
| 3:17-cv-01503-JWD-EWD | Eric Falgout v American Strategic Insurance Corporation[2] |
| 3:17-cv-01565-JWD-RLB | Julia Wade and Alton Johnson v American Strategic Insurance Corporation |
| 3:17-cv-01566-JWD-RLB | Keisha Deon Travis v American Strategic Insurance Corporation |
| 3:17-cv-01578-JWD-RLB | Mahmoud "Moe" Emamdjomeh v American Strategic Insurance |

---

[2] This matter is assigned to United States District Judge John W. deGravelles and United States Magistrate Judge Erin Wilder-Doomes.

|  |  |
|---|---|
| | Corporation |
| 3:17-cv-01579-JWD-RLB | Henrietta and Charles Alleman v American Strategic Insurance Corporation |
| 3:17-cv-01603-JWD-RLB | Charles Beary and Irene Beary v American Strategic Insurance Corporation |
| 3:17-cv-01655-JWD-RLB | Miranda Smith and Andrew Brian Ray Smith v American Strategic Insurance Corporation |
| 3:18-cv-00093-JWD-RLB | Dawn Wallace v American Strategic Insurance Corporation |
| 3:18-cv-00094-JWD-RLB | Joel Pattison v American Strategic Insurance Corporation |
| 3:18-cv-00091-JWD-RLB | Steve Fontaine v American Strategic Insurance Corporation |
| 3:18-cv-00092-JWD-RLB | Michelle Brown v American Strategic Insurance Corporation |

**SAMUEL NIXON**                                                           **CIVIL ACTION NO**

**VERSUS**                                                                      **17-1224-SDD-RLB**

**CENTAURI SPECIALTY INSURANCE COMPANY**

*APPLIES TO:*

3:17-cv-01628-SDD-RLB     Marc Adams v. Centauri Specialty Insurance Company

---

## DISCOVERY CONFERENCE REPORT AND ORDER

The parties participated in an in-person discovery conference with the undersigned on October 1, 2018.

| **PRESENT:** | John D. Carter | Keith M. Detweiler |
|---|---|---|
| | Rajan Pandit | Williams T. Treas |
| | Phillip Sanoff | James B. Letten |
| | J. Douglas Sunseri | Richard W. Sliman |
| | Michael D. Brynan | Patrick T. Bergen |
| | Counsel for certain consolidated plaintiffs | J. **Michael Pennekamp** |
| | | Counsel for certain consolidated defendants, American National Property & Casualty Company, Allstate Insurance Company, Bankers Specialty Insurance Company, American Strategic Insurance Corporation and Centauri Specialty Insurance Company |

The issues raised in the Motions for Discovery Conferences (the "Motions"), filed by defendants American National Property & Casualty Company, Allstate Insurance Company, Bankers Specialty Insurance Company, American Strategic Insurance Company and Centauri Specialty Insurance Company (collectively "Defendants") were discussed.

Counsel for the plaintiffs requested an additional twenty-one (21) days to supplement the disclosures required under the Limited Scheduling Order.

**IT IS HEREBY ORDERED** that by no later than **October 23, 2018**, the plaintiffs in the above-listed cases (excluding those resolved prior to the discovery conference) shall provide any additional supplement to the disclosures required by the Limited Scheduling Order in these matters.

**IT IS FURTHER ORDERED** that, in the above-listed cases (excluding those resolved prior to the discovery conference), the time for Defendants to provide a response to the plaintiffs' settlement demands under Paragraph VIII of the Limited Scheduling Order is extended to **November 23, 2018**.

**Failure to comply with the requirements of this Order may result in sanctions.**

Signed in Baton Rouge, Louisiana, on October 3, 2018.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**